IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARRICKIO DYSHON HARRIS,

          Petitioner,

   vs.

ROB JEFFREYS,

          Respondent.

**8:24CV500**

**MEMORANDUM AND ORDER**

This matter is before the Court for case management. On June 15, 2026, the Court received and docketed Petitioner's brief in response to the Respondent's answer and brief. Filing No. 14. Petitioner's brief was signed on June 5, 2026, and includes a certificate of service stating the brief was served on Respondent on that same date by first-class mail. Filing No. 14 at 27. Petitioner's brief is postmarked June 9, 2026. Filing No. 14 at 28. Upon review, the Court finds Petitioner's brief was timely filed before the June 8, 2026, deadline pursuant to the prison mailbox rule. *See United States v. Harrison*, 469 F.3d 1216, 1217 (8th Cir. 2006) ("Under the prison mailbox rule, a pro se pleading is deemed filed upon deposit in the prison mail system prior to the expiration of the filing deadline.").

IT IS THEREFORE ORDERED that:

1.    Petitioner's brief is deemed timely filed.

2.    Respondent shall have until July 15, 2026, to file and serve a reply brief.

3.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 15, 2026**: check for Respondent's reply brief.

Dated this 22nd day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge